OPINION BY MR. JUSTICE MOSCHZISKER, January 5, 1920:

In all essential particulars the facts material to the decision of this case accord with those in Barnes Laundry Co. v. Pittsburgh et al., the opinion in which is handed down simultaneously herewith.

The decree is affirmed, except so far as it relates to the year 1918, to that extent it is reversed and the bill reinstated with a procedendo; defendant municipality to pay the costs.

Mr. Justice FRAZER dissents.

---

## Ohio & Pittsburgh Milk Co., Appellant, *v.* Pittsburgh.

Argued October 14, 1919. Appeal, No. 43, Oct. T., 1919, by plaintiff, from decree of C. P. Allegheny Co., Jan. T., 1919, No. 453, dismissing bill in equity in case of Ohio & Pittsburgh Milk Company v. City of Pittsburgh, a municipal corporation; Charles S. Hubbard, Treasurer of the City of Pittsburgh, John Swan, Jr., Director of the Department of Public Works of the City of Pittsburgh. Before BROWN, C. J., MOSCHZISKER, FRAZER, WALLING, SIMPSON and KEPHART, JJ. Decree reversed in part.

OPINION BY MR. JUSTICE MOSCHZISKER, January 5, 1920:

In all essential particulars the facts material to the decision of this case accord with those in Barnes Laundry Co. v. Pittsburgh et al., the opinion in which is handed down simultaneously herewith.

The decree is affirmed, except so far as it relates to the year 1918, to that extent it is reversed and the bill reinstated with a procedendo; defendant municipality to pay the costs.

Mr. Justice FRAZER dissents.